# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY RAMOS, | Case No. EDCV 15-2527-DMG (LAL) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STU SHERMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 10, 2017

　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE